UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON WILMOT,

        Plaintiff,

  v.

CENTRAL RESOURCES,

        Defendant.

Case No. C23-1461-RSM

ORDER

Plaintiff Aaron Wilmot has filed a motion for leave to appeal *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Ricardo S. Martinez.

Dated this 19th day of September, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1